THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C21-1291-JCC |
| Plaintiff, | ORDER |
| v. | |
| $18,000 IN U.S. CURRENCY, and any accrued interest, and $882 IN US CURRENCY, and any accrued interest, | |
| Defendants. | |

THIS MATTER having come before the Court on the joint motion of the parties to stay this proceeding pending completion of a related criminal case investigation pursuant to 18 U.S.C. §§981((g)(1) and (g)(2) (Dkt. No. 12), and the Court having considered the matter and good cause appearing therefor;

IT IS HEREBY ORDERED that the parties' joint motion to stay this proceeding pursuant to 18 U.S.C. §§981 (g)(1) and (g)(2) is GRANTED, and this matter is hereby stayed pending the conclusion of the related criminal investigation of Claimant Michael Walker, or until further order of the Court.

IT IS FURTHER ORDERED that the time for Claimant to file an Answer or other responsive pleading to the Complaint pursuant to Rule G(5)(b) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture is tolled from the date of the filing of the

1  Joint Motion for Stay through the date of the entry of this Order.

2      IT IS FURTHER ORDERED that either party may request a lifting of the stay at any
3  time pursuant to a written motion, and

4      IT IS FURTHER ORDERED that in the event that the related criminal investigation not
5  been completed, the parties shall file a Status Report within six months of the entry of this Order.

6      IT IS SO ORDERED THIS 3rd day of November 2021.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE