The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$18,000 IN U.S. CURRENCY, AND ANY ACCRUED INTEREST, *et al.*,<br><br>Defendants.<br><br>and<br><br>MICHAEL WALKER,<br><br>Claimant. | NO. CV21-1291-RSM<br><br>**ORDER GRANTING JOINT MOTION TO LIFT STAY** |

THIS MATTER comes before the Court as a Joint Motion to Lift Stay by Plaintiff United States of America, by and through its counsel, Tessa M. Gorman, Acting United States Attorney, and Krista K. Bush, Assistant United States Attorney, and Claimant Michael Walker, by and through his counsel, Richard J. Troberman. On November 3, 2021, the Court ordered this civil forfeiture action stayed, pursuant to 18 U.S.C. §§ 981(g)(1) and (g)(2). Dkt. No. 13.

Order Granting Joint Motion to Lift Stay - 1
*United States v. $18,000 in U.S. Currency,
and Any Accrued Interest, et al.,* CV21-1291-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The parties have now informed the Court that they have reached an agreement to resolve this civil forfeiture case. The Court having considered the parties' request and being fully advised in the matter, finds that it is appropriate to lift the stay at this time. Therefore, it is hereby

ORDERED that the parties' motion to lift the stay of this civil forfeiture proceeding is GRANTED and the STAY is LIFTED.

IT IS SO ORDERED.

DATED this 19th day of October, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-3903
Telephone: (206) 553-2242
Fax: (206) 553-6934
Krista.Bush@usdoj.gov

Order Granting Joint Motion to Lift Stay - 2
*United States v. $18,000 in U.S. Currency, and Any Accrued Interest, et al.,* CV21-1291-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970