The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$18,000 IN U.S. CURRENCY, AND ANY ACCRUED INTEREST, *et al.*,<br><br>Defendants.<br><br>and<br><br>MICHAEL WALKER,<br><br>Claimant. | NO. CV21-1291-RSM<br><br>**SETTLEMENT AGREEMENT AND FINAL ORDER OF FORFEITURE** |

WHEREAS Plaintiff United States of America, by and through Tessa M. Gorman, Acting United States Attorney for the Western District of Washington, and Krista K. Bush, Assistant United States Attorney, and Michael Walker, by and through his counsel, Richard J. Troberman, wish to resolve this matter without additional utilization of judicial resources and without incurring further litigation expenses,

//

//

Settlement Agreement - 1
*United States v. $18,000 In U.S. Currency, and Any Accrued Interest, et al.,* CV21-1291-RSM

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

IT IS HEREBY STIPULATED as follows:

This civil *in rem* forfeiture proceeding was brought by the United States against the following property (collectively, the "Defendant Currency"):

1. $18,000 in U.S. currency, and any accrued interest; and

2. $882 in U.S. currency, and any accrued interest.

Dkt. No. 1. In its Verified Complaint for Forfeiture *in Rem*, and Amended Verified Complaint for Forfeiture *in Rem*, the United States alleged that the Defendant Currency is proceeds from the sale of controlled substances and/or attempt or conspiracy to distribute controlled substances and, therefore, is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6) for violations of 21 U.S.C. §§ 841 and 846. *See* Dkt. Nos. 1, 4.

The United States provided proper notice of this action to all known potential claimants. Dkt. Nos. 2, 5. Published notice is also complete, as reflected in the Declaration of Publication. Dkt. No. 11.

On October 21, 2021, Claimant Michael Walker timely filed a claim of ownership to the Defendant Currency through his undersigned counsel. Dkt. No. 10. No other parties have asserted a claim to the Subject Property and the time to do so has expired.

On November 3, 2021, the Court granted the Parties' Joint Motion to Stay Civil Case until the conclusion of a related criminal investigation involving Claimant Walker, pursuant to 18 U.S.C. §§ 981(g)(1) and (g)(2). Dkt. No. 13. The Order directed the Parties to file a Joint Status Report by May 3, 2022, if the civil forfeiture case were still stayed on that date. *Id.*

The Parties filed Joint Status Reports on April 27, 2022, October 17, 2022, and April 14, 2023. See Dkt. Nos. 16, 17, 18.

At the request of the parties, the Court lifted the stay on October 19, 2023. Dkt. No. 20.

All persons and entities believed to have an interest in the Defendant Currency were given proper notice of the intended forfeiture when this civil forfeiture action was

Settlement Agreement - 2
*United States v. $18,000 In U.S. Currency,*
*and Any Accrued Interest, et al.,* CV21-1291-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

filed and no other claimants came forward to assert an interest in the defendant Currency during the relevant period, which expired prior to the stay. *See* Dkt. No. 12.

NOW THEREFORE, this SETTLEMENT AGREEMENT is entered into among the Parties pursuant to the following terms:

1. The Parties acknowledge that this Settlement Agreement is made as a compromise of a disputed claim without adjudication of any issue of fact or law. The parties further acknowledge and agree that this settlement shall not be deemed to constitute an admission by Claimant Walker of fault, liability, or wrongdoing as to any facts or claims alleged or asserted in the Verified Complaint for Forfeiture and shall not be construed to create rights in, or grant any cause of action to, any third party not covered by this Settlement Agreement.

2. The United States agrees to dismiss from this action and return to Claimant Walker $12,882 of the $18,882 in United States currency seized on or about April 7, 2021, with any accrued interest on that currency, as identified in paragraph 1 of the Verified Complaint for Forfeiture *in Rem* and the Amended Verified Complaint for Forfeiture *in Rem* (Dkt. Nos. 1, 4).

3. Claimant Walker agrees to withdraw his claim to, and consents to forfeiture of the remaining $6,000 in United States currency seized on or about April 7, 2021, with any accrued interest on that currency, as identified in paragraph 1 of the Verified Complaint for Forfeiture *in Rem* and the Amended Verified Complaint for Forfeiture *in Rem* (Dkt. Nos. 1, 4).

4. Claimant Walker recognizes that the Debt Collection Improvement Act of 1996, 31 U.S.C. § 3716, which is administered by the Treasury Offset Program ("TOP"), requires the United States Treasury to offset federal payments to collect certain delinquent debts owed to the United States by a payee. Claimant Walker recognizes, therefore, that the $12,822 in U.S. currency identified in paragraph 2 for return to him may be reduced by the amount of any delinquent debt TOP is required to collect.

Settlement Agreement - 3
*United States v. $18,000 In U.S. Currency,
and Any Accrued Interest, et al.,* CV21-1291-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5. Claimant Walker's withdrawal of his claims to, and his consent to forfeiture of, the property set forth in paragraph 3 shall be in full and complete settlement and satisfaction of all civil forfeiture issues relating to the Defendant Currency.

6. Claimant Walker agrees to release and hold harmless the United States, its agents, servants, and employees (and any involved state or local law enforcement agencies and their agents, servants, or employees), in their individual or official capacities, from any and all claims he, or his representatives or agents, may possess, or that may arise, as a result of the seizure of the above-identified property and the subsequent forfeiture proceedings, including any claims for attorney's fees.

7. The Parties agree this Settlement Agreement is subject to review and approval by the Court, as provided in the proposed Order submitted below.

//

//

//

//

//

//

//

//

Settlement Agreement - 4
*United States v. $18,000 In U.S. Currency,*
*and Any Accrued Interest, et al.,* CV21-1291-RSM

8. Upon entry of this Settlement Agreement and Final Order of Forfeiture, this action shall be DISMISSED WITH PREJUDICE, closed, and the property identified in paragraph 2 shall be returned to Claimant Walker within 60 days of entry of the Order.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

DATED: October 20, 2023

*s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: (206) 553-2242
Fax: (206) 553-6934
Email: Krista.Bush@usdoj.gov

DATED: October 20, 2023

*s/Richard J. Troberman*
RICHARD J. TROBERMAN
Richard J. Troberman, P.S.
Attorney for Claimant
Michael Walker
520 Pike Street, Suite 2500
Seattle, WA 98101-1385
Telephone: (206) 343-111
Tmanlaw@aol.com

DATED: October 15, 2023

*s/Michael Walker*
MICHAEL WALKER
Claimant

Settlement Agreement - 5
*United States v. $18,000 In U.S. Currency, and Any Accrued Interest, et al.,* CV21-1291-RSM

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

# ORDER

The foregoing Settlement Agreement is hereby approved under the terms and conditions set forth above.

1. The following property shall be returned to Claimant Walker within 60 days of entry of this Order: $12,882 of the $18,882 in United States currency seized on or about April 7, 2021, and any accrued interest on that currency, as identified in paragraph 1 of the Verified Complaint for Forfeiture *in Rem* and the Amended Verified Complaint for Forfeiture *in Rem* (Dkt. Nos. 1, 4).

2. The following property is FORFEITED to the United States: $6,000 of the $18,882 in United States currency, and any accrued interest on that currency, seized on or about April 7, 2021, as identified in paragraph 1 of the Verified Complaint for Forfeiture *in Rem* and the Amended Verified Complaint for Forfeiture *in Rem* (Dkt. Nos. 1, 4).

Pursuant to this agreement, the Court hereby DISMISSES this action.

IT IS ORDERED.

DATED this 23rd day of October, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Settlement Agreement - 6
*United States v. $18,000 In U.S. Currency, and Any Accrued Interest, et al.,* CV21-1291-RSM

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends notice of the filing to all ECF participants of record.

*s/Hannah G. Williams*
HANNAH G. WILLIAMS
FSA Paralegal III, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-2242
Fax: (206) 553-6934
Hannah.Williams2@usdoj.gov

Settlement Agreement - 7
*United States v. $18,000 In U.S. Currency,
and Any Accrued Interest, et al.,* CV21-1291-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970